**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Golden Globe Diner Ltd** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3964797** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **365 West Main Street**<br>**Huntington, NY 11743** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | **Golden Globe Diner Ltd** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Golden Globe Diner Ltd** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion

| Debtor | **Golden Globe Diner Ltd** | Case number (*if known*) |
|--------|----------------------------|--------------------------|
|        | Name                       |                          |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Golden Globe Diner Ltd** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 5, 2023**
MM / DD / YYYY

X **/s/ Peter T. Tsadilas**
Signature of authorized representative of debtor

**Peter T. Tsadilas**
Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Richard S Feinsilver**
Signature of attorney for debtor

Date **December 5, 2023**
MM / DD / YYYY

**Richard S Feinsilver**
Printed name

**Richard S Feinsilver, Esq.**
Firm name

**One Old Country Road**
**Suite 347**
**Carle Place, NY 11514**
Number, Street, City, State & ZIP Code

Contact phone    **516-873-6330**    Email address    **feinlawny@yahoo.com**

**rf5531 NY**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td><td></td></tr>
<tr><td>Debtor name</td><td colspan="2"><b>Golden Globe Diner Ltd</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2"><b>EASTERN DISTRICT OF NEW YORK</b></td></tr>
<tr><td>Case number (if known):</td><td></td><td>☐ Check if this is an<br><br>amended filing</td></tr>
</table>

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AGOURI FOOD SERVICE 247 ROUTE 109 WEST BABYLON, NY 11704** | | **Goods sold and delivered** | **Disputed Subject to Setoff** | | | **$10,000.00** |
| **SMALL BUSINESS ADMIN 2 NORTH 20TH STREET SUITE 320 BIRMINGHAM, AL 35203** | | **All personal property** | | **$350,000.00** | **$0.00** | **$350,000.00** |
| **TOLOU REALTY ASSOCIATES c/o HORING WELIKSON 11 HILLSIDE AVENUE WILLISTON PARK, NY 11596** | | **Stipulation for use and occupancy of premsies known as and by 365 West Main Street, Huntington NY** | **Contingent Disputed Subject to Setoff** | | | **$350,000.00** |
| **US FOODS 1051 AMBOY AVENUE PERTH AMBOY, NJ 08861** | | **All Personal Property** | **Contingent Disputed** | **Unknown** | **$0.00** | **Unknown** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Golden Globe Diner Ltd**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **SMALL BUSINESS ADMIN** | | | |
| --- | --- | --- | --- | --- |
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **2 NORTH 20TH STREET SUITE 320 BIRMINGHAM, AL 35203** | **All personal property** | **$350,000.00** | **$0.00** |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Non-Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No   ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **1/1/2020** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1263** | As of the petition filing date, the claim is: | | |
| | Do multiple creditors have an interest in the same property? | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **US FOODS** | | | |
| --- | --- | --- | --- | --- |
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **1051 AMBOY AVENUE PERTH AMBOY, NJ 08861** | **All Personal Property** | **Unknown** | **$0.00** |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Non-Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No   ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **1/1/2021** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **6405** | As of the petition filing date, the claim is: | | |
| | Do multiple creditors have an interest in the same property? | Check all that apply | | |

Debtor    **Golden Globe Diner Ltd**                                    Case number (*if known*) _____
          Name

■ No                          ■ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.
_____

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$350,000.00** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
| --- |

Debtor name    **Golden Globe Diner Ltd**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
| --- | --- | --- | --- |

**AGOURI FOOD SERVICE**
**247 ROUTE 109**
**WEST BABYLON, NY 11704**

Date(s) debt was incurred  1/1/2023

Last 4 digits of account number  0001

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Goods sold and delivered**

Is the claim subject to offset? ☐ No ■ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00** |
| --- | --- | --- | --- |

**TOLOU REALTY ASSOCIATES**
**c/o HORING WELIKSON**
**11 HILLSIDE AVENUE**
**WILLISTON PARK, NY 11596**

Date(s) debt was incurred  1/1/2021

Last 4 digits of account number  0001

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stipulation for use and occupancy of premsies known as and by 365 West Main Street, Huntington NY**

Is the claim subject to offset? ☐ No ■ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **MARK CUTHBERTSON ESQ**<br>**434 NEW YORK AVENUE**<br>**HUNTINGTON, NY 11743** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **SMITH CARROLD LEVY**<br>**202 EAST MAIN STREET**<br>**SMITHTOWN, NY 11787** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Golden Globe Diner Ltd** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **SMITH CARROLD LEVY**<br>**BOX 49**<br>**COMMACK, NY 11725** | Line _3.1_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **SUFFOLK COUNTY SHERIFF**<br>**360 YAPHANK AVENUE**<br>**YAPHANK, NY 11980** | Line _3.2_<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 360,000.00 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ 360,000.00 |

# United States Bankruptcy Court
## Eastern District of New York

In re    __Golden Globe Diner Ltd__                         Case No. _____
                                      Debtor(s)            Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PETER T TSADILAS**<br>**1678 ROUTE 25A**<br>**SYOSSET, NY 11791** | **Common** | **200** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __December 5, 2023__                   Signature   **/s/ Peter T. Tsadilas**
                                                           **Peter T. Tsadilas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **Golden Globe Diner Ltd**                                          Case No.
_____          Chapter    **11**
                                    Debtor(s)         _____

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **December 5, 2023**                    **/s/ Peter T. Tsadilas**
_____          _____
                                **Peter T. Tsadilas**/**President**
                                Signer/Title

Date:    **December 5, 2023**                    **/s/ Richard S Feinsilver**
_____          _____
                                Signature of Attorney
                                **Richard S Feinsilver**
                                **Richard S Feinsilver, Esq.**
                                **One Old Country Road**
                                **Suite 347**
                                **Carle Place, NY 11514**
                                **516-873-6330   Fax: 516-873-6183**

USBC-44                                                          Rev. 9/17/98

AGOURI FOOD SERVICE
247 ROUTE 109
WEST BABYLON, NY 11704


MARK CUTHBERTSON ESQ
434 NEW YORK AVENUE
HUNTINGTON, NY 11743


SMALL BUSINESS ADMIN
2 NORTH 20TH STREET
SUITE 320
BIRMINGHAM, AL 35203


SMITH CARROLD LEVY
202 EAST MAIN STREET
SMITHTOWN, NY 11787


SMITH CARROLD LEVY
BOX 49
COMMACK, NY 11725


SUFFOLK COUNTY SHERIFF
360 YAPHANK AVENUE
YAPHANK, NY 11980


TOLOU REALTY ASSOCIATES
c/o HORING WELIKSON
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596


US FOODS
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861

## United States Bankruptcy Court
### Eastern District of New York

In re   __Golden Globe Diner Ltd_____     Case No. _____

                                                  Debtor(s)       Chapter   __11_____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Peter T. Tsadilas**, declare under penalty of perjury that I am the **President** of  **Golden Globe Diner Ltd**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __5th__ day of __December__, 2023 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Peter T. Tsadilas, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Peter T. Tsadilas, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Peter T. Tsadilas, President** of this Corporation is authorized and directed to employ **Richard S Feinsilver**, attorney and the law firm of **Richard S Feinsilver, Esq.** to represent the corporation in such bankruptcy case."

Date   __12/5/2023_____          Signed  s/Peter T Tsadilas_____
                                                              **Peter T. Tsadilas**

Resolution of Board of Directors
of
**Golden Globe Diner Ltd**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Peter T. Tsadilas, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Peter T. Tsadilas, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Peter T. Tsadilas, President** of this Corporation is authorized and directed to employ **Richard S Feinsilver**, attorney and the law firm of **Richard S Feinsilver, Esq.** to represent the corporation in such bankruptcy case.

Date  12/5/2023 _____     Signed  **s/Peter T. Tsadilas** _____


Date  _____     Signed  _____